

```
KAREN P. HEWITT
United States Attorney
MICHELLE M. PETTIT
Assistant U.S. Attorney
California State Bar No. 253406
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7454

Attorneys for Plaintiff
United States of America
```

08 MAR 27 PM 2:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CD    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint for<br><br>JOSE EDUARDO GALVEZ-ARAGON (1)<br>FRANCISCO PEREZ-TORRES (2)<br><br>Defendants. | Case No. 08 MJ 0945<br><br>**ORDER SEALING COMPLAINT AND ARREST WARRANT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, that is, a continuing criminal investigation,

IT IS HEREBY ORDERED that the arrest warrants, complaint and Affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: March 27, 2008.

_____
Honorable William McCurine, Jr.
United States Magistrate Judge

Presented by:

Karen P. Hewitt
United States Attorney

_____
MICHELLE M. PETTIT
Assistant U.S. Attorney