*Unsealed per first appearance*
*minute of 4/7/08.*

*FILED No. 1469238*

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT

**ORDERED SEALED BY COURT**

08 APR -8 AM 9: 39

CLERK
SOUTHERN DISTRICT OF CALIFORNIA
BY____ DEPUTY

UNITED STATES OF AMERICA,

V.

**Francisco PEREZ-Torres**

## WARRANT FOR ARREST

CASE NUMBER: ~~SYS-08-03-159~~

**'08 MJ 0945**

To:  The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   **Francisco PEREZ-Torres**
                                                            Name

*and bring him or her forthwith to the nearest magistrate to answer a(n)*

____ Indictment ____ Information **X** Complaint ____ Order of court ____ Violation Notice ____ Probation Violation Petition

*charging him or her with (brief description of offense)*

*in violation of Title* __8__ *United States Code, Section* __1324__ .

**WILLIAM McCURINE, JR.**
Name of Issuing Officer

_UMcCurine Jr._
Signature of Issuing Officer

DATE __4/4/08__

(By) Deputy Clerk

**Bail Fixed at $ _No Bond_**

_United States Magistrate Judge_
Title of issuing Officer

_March 27, 2008, San Diego, California_
Date and Location

ARRESTED BY _CBP agent Prap_

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA

BY _Edna Rogers_

**WILLIAM McCURINE, JR.**

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II'S'        CBP        0303

*Unsealed per first appearance minute of 4/7/08.*

# UNITED STATES DISTRICT COURT

*SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA,

**ORDERED SEALED BY COURT**

*V.*

*WARRANT FOR ARREST*

*Francisco PEREZ-Torres*

CASE NUMBER: ~~SYS-08-03-159~~

To: The United States Marshal
and any Authorized United States Officer

**'08 MJ 0945**

YOU ARE HEREBY COMMANDED TO ARREST  __Francisco PEREZ-Torres__
                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

____ Indictment ____ Information __X__ Complaint ____ Order of court ____ Violation Notice ____ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title ___8___ United States Code, Section __1324__ .

**WILLIAM McCURINE, JR.**
Name of Issuing Officer

*United States Magistrate Judge*
Title of issuing Officer

*Signature of Issuing Officer*

*March 27, 2008, San Diego, California*
Date and Location

(By) Deputy Clerk

**Bail Fixed at $ _No Bond_**        by

**WILLIAM McCURINE, JR.**
Name of Judicial Officer

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** 04/04/2008 **DATE OF ARREST** 04/04/2008 | **NAME AND TITLE OF ARRESTING OFFICER** MICHAEL J. PRAPO CBP ENFORCEMENT OFFICER | **SIGNATURE OF ARRESTING OFFICER** |