APR 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1210-H |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
| JOSE EDUARDO GALVEZ-ARAGON (1), | ) in Illegal Aliens Without |
| FRANCISCO PEREZ-TORRES (2), | ) Presentation; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting |
| Defendants. | ) |

The United States Attorney charges:

On or about March 25, 2008, within the Southern District of California, defendants JOSE EDUARDO GALVEZ-ARAGON and FRANCISCO PEREZ-TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, David Rojas-Tejes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 4/17/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
For Assistant U.S. Attorney

CPH:es:San Diego
4/11/08